# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: Robert W. Weatherford )
Attorney at Law, Bar No. 7949 )
)  Case No.: 2:16-ms-80
)
)  **ORDER OF SUSPENSION**
)
)
)
)

On October 24, 2016, this Court entered an Order to Show Cause Suspension, mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 25, 2016. The Order to Show Cause provided Mr. Weatherford with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Weatherford. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Robert W. Weatherford, Nevada State Bar #7949, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this 9 day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

  Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this <u>12th</u> day of December, 2016, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

  Robert W. Weatherford
  c/o Law Office of Michael J. Warhola, LLC.
  625 S. Sixth Street
  Las Vegas, NV 89101-6011

Certified Mail No.:   7016 2070 0000 6879 7037

  <u>/s/</u>
  Deputy Clerk
  United States District Court,
  District of Nevada